1  JONATHAN HAYDEN (BAR NO. 104520)
   TRACY S. TODD (BAR NO. 172884)
2  AARON M. ARMSTRONG (BAR NO. 197301)
   HELLER EHRMAN LLP
3  333 Bush Street
   San Francisco, CA  94104-2878
4  Telephone: +1.415.772.6000
   Facsimile: +1.415.772.6268
5  jonathan.hayden@hellerehrman.com

6

7  Attorneys for Defendants
   WASHINGTON MUTUAL BANK, AND
   WASHINGTON MUTUAL, INC.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12 | ROBIN AVERY SMITH, an individual, and | Case No.: C 03-5050 CRB
13 | KRISTEN YOUNG, an individual, on their own behalf and on behalf of all others similarly
14 | situated, | **STIPULATION; [PROPOSED]**
   |   | **ORDER DISMISSING PLAINTIFFS'**
15 |                          Plaintiffs, | **CLASS ALLEGATIONS WITHOUT**
   |   | **PREJUDICE**
16
17 | v.
18 | WASHINGTON MUTUAL BANK, FA,
   | WASHINGTON MUTUAL, INC., AND
19 | DOES 1-200, inclusive
20 |                          Defendants.
21

**STIPULATION**

WHEREAS, the Court ordered plaintiffs to file any motion for class certification on or before July 1, 2005;

WHEREAS, plaintiff Kristen Young timely filed a motion for class certification of certain state law claims on July 1, 2005, and then withdrew her motion on July 14, 2005;

WHEREAS, defendants have not paid any consideration to plaintiffs in exchange for an agreement to dismiss their class allegations, and plaintiffs' decision to dismiss those allegations without prejudice is not the product of any collusion between plaintiffs and defendants;

THE PARTIES HEREBY STIPULATE that plaintiffs' class allegations should be dismissed without prejudice.

SO AGREED.

DATED: August 16, 2005

BEYERS ¦ COSTIN

By _____s/_____
Peter L. Simon
Attorneys for Plaintiffs
ROBIN AVERY SMITH and KRISTEN YOUNG

DATED: August 16, 2005

RYBICKI & BLEVANS, LLP

By _____s/_____
Brandon R. Blevans
Attorneys for Plaintiffs
ROBIN AVERY SMITH and KRISTEN YOUNG

1

STIPULATION; [PROPOSED] ORDER DISMISSING PLAINTIFFS'
CLASS ALLEGATIONS WITHOUT PREJUDICE
CASE NO.: C 03-5050 CRB

1 | DATED: August 16, 2005

HELLER EHRMAN LLP

By ___s/_____
  Jonathan P. Hayden
  Attorneys for Defendants
  WASHINGTON MUTUAL BANK, FA AND
  WASHINGTON MUTUAL BANK, INC.

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the Court hereby dismisses plaintiffs' class allegations without prejudice.

SO ORDERED.

August 19, 2005

_____
The Honorable
UNITED STATES DISTRICT JUDGE

[APPROVED — Judge Charles R. Breyer]