1   PETER L. SIMON (CSB No. 178393)       JONATHAN HAYDEN (BAR NO. 104520)
    STEVEN J. BLEASDELL (CSB No. 191522)  TRACY SMITH TODD (BAR NO. 172884)
2   STEPHEN D. PERRY (CSB No. 213223)     AARON M. ARMSTRONG (BAR NO. 197301)
    BEYERS | COSTIN                        THOMAS S. KIMBRELL (BAR NO. 223068)
3   200 Fourth Street, Ste. 400          HELLER EHRMAN WHITE & McAULIFFE LLP
    Post Office Box 878                   333 Bush Street
4   Santa Rosa, California 95402-0878     San Francisco, CA  94104-2878
    Telephone: 707.547.2000               Telephone:  (415) 772-6000
5   Facsimile: 707.526.3672               Facsimile:  (415) 772-6268

6
    RICHARD C. RYBICKI (CSB No. 160096)   DEBORAH C. SAXE (BAR NO. 81719)
7   BRANDON R. BLEVANS (CSB No. 197281)   MATTHEW M. YU (BAR NO. 186807)
    RYBICKI & BLEVANS, LLP                CINDI L. PUSATERI (BAR NO. 216899)
8   50 Old Courthouse Square; Suite 311   HELLER EHRMAN WHITE & McAULIFFE LLP
    Santa Rosa, CA 95404-4923             601 South Figueroa Street
9   Telephone: 707. 524.7000              Los Angeles, CA  90017-5758
    Facsimile: 707.546.6800               Telephone:  (212) 689-0200
                                          Facsimile:  (213) 614-1868
10
    Attorneys for Plaintiffs              Attorneys for Defendants
11  ROBIN AVERY SMITH, et al.             WASHINGTON MUTUAL BANK, FA, et al.

12

13

14                          UNITED STATES DISTRICT COURT

15                        NORTHERN DISTRICT OF CALIFORNIA

16                            SAN FRANCISCO DIVISION

17

18  ROBIN AVERY SMITH, an individual, and KRISTEN      Case No. C-03-5050 CRB
    YOUNG, an individual, on their own behalf and on behalf of
19  all others similarly situated,                     **STIPULATION AND ORDER RE:**
                                                       **DISMISSAL**
20                          Plaintiffs,

21      vs.

22  WASHINGTON MUTUAL BANK, FA, WASHINGTON
    MUTUAL, INC.,  and DOES 1- 200, inclusive,
23
24                          Defendants.

25

26

27

28

STIPULATION AND ORDER RE: DISMISSAL
C-03-5050 CRB

1    The parties hereby stipulate that the following matters are hereby dismissed with prejudice by

2  all of the plaintiffs:

3    1.    *Smith, et al. v. Washington Mutual Bank, FA, et al.,* Case No. C-03-5050.

4    2.    *Young, et al. v. Washington Mutual Bank, FA, et al.,* Case No. C-03-4278.

5  Pursuant to a settlement, all parties are bearing their own costs and fees.

6

7                                    Respectfully submitted,

8  Dated:  December 5, 2005

9                              BEYERS │ COSTIN

10                                  /s/  *Peter L. Simon*
                              By:_____
11                                  PETER L. SIMON
                                    Attorneys for Plaintiffs
12

13

14  Dated:  December 5, 2005        HELLER EHRMAN WHITE & MCAULIFFE LLP

15                                  /s/  *Jonathan Hayden*
16                              By:_____
                                    JONATHAN HAYDEN
17                                  Attorneys for Defendants

18

19                          **[PROPOSED] ORDER**

20    This Court having considered the above stipulation hereby orders as follows:

21    1.    The following matters are dismissed with prejudice:

22          *Smith, et al. v. Washington Mutual Bank, FA, et al.,* Case No. C-03-5050.

23          *Young, et al. v. Washington Mutual Bank, FA, et al.,* Case No. C-03-4278.

24    2.    All parties to bear their own costs and fees.

25    IT IS SO ORDERED.

26

27  Dated: December 06, 2005

28                              Hon
                                    Judge Charles R. Breyer

APPROVED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA